■ ROGER J. WIECHEC, Respondent, v JOHN E. DOLINA, Defendant. MERCHANTS MUTUAL INSURANCE COMPANY, Appellant. [939 NYS2d 902]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered December 22, 2010. The order granted the motion of plaintiff for permission to settle the action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Lindley and Martoche, JJ. **[Prior Case History: 29 Misc 3d 1234(A), 2010 NY Slip Op 52141(U).]**

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD PITTS, Appellant, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, et al., Respondents. [940 NYS2d 516]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (M. William Boller, A.J.), entered July 8, 2009 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANE HILBURN, Appellant. (Appeal No. 1.) [940 NYS2d 516]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered August 7, 2007. The judgment convicted defendant, upon her plea of guilty, of criminal mischief in the third degree and attempted forgery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.